UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| MARGARET DAILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LENDUP,<br><br>　　　　Defendant. | Case No.: 3:19-cv-01959-SI<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

　　Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant LendUp Card Services Inc., dba LendUp ("LendUp"), and good cause appearing

　　IT IS ORDERED that the Stipulation is GRANTED

　　The above-entitled matter is hereby dismissed with prejudice as to LendUp with the parties to bear their own attorneys' fees and costs.

Dated: July 14, 2020

_____
District Court Judge Michael H. Simon

- 1 -